UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCE M. MULCAHY and BECKY L. MULCAHY, <br>                 Plaintiffs, <br>     v. <br> FEDERAL HOME LOAN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NORTHWEST TRUSTEE SERVICES, INC., and DOE DEFENDANTS 1 through 20 inclusive, <br>                 Defendants. | Case No. 2:13-cv-01227-RSL <br><br> **ORDER RENOTING MOTION FOR SUMMARY JUDGMENT** <br><br> *CLERK'S ACTION REQUIRED* |

This matter having come before the Court on the parties' Stipulated Motion to Renote Motion for Summary Judgment and the Court finding good cause exists to grant the motion, it is hereby:

ORDERED the Clerk of the Court is directed to renote ECF No. 48, Defendants' Motion for Summary Judgment, from May 8, 2015 to May 22, 2015.

IT IS SO ORDERED.

Done in open court May, 18, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. 2:13-CV-01227-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

105727.1388/6339114.1