THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCE M. MULCAHY and BECKY L. MULCAHY,<br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NORTHWEST TRUSTEE SERVICES, INC., and DOE DEFENDANTS 1 through 20 inclusive,<br>Defendants. | Case No. 2:13-cv-01227-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiffs Vince M. Mulcahy and Becky

L. Mulcahy, by and through their attorney, Melissa A. Huelsman, Law Offices of Melissa A.

Huelsman, P.S. and Defendants Federal Home Loan Mortgage Corporation, Wells Fargo Bank,

N.A. and Mortgage Electronic Registration Systems, Inc., by and through, their attorneys, David

Spellman and Jane Brown, Lane Powell, PC, that the above-entitled matter has been fully settled

and may be dismissed with prejudice as to all Defendants, without an award of attorneys' fees

and costs to any party.

//

//

STIPULATION AND ORDER OF DISMISSAL - 1
2:13-cv-01227-RSL

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 601
Seattle, WA 98104
Ph (206) 447-0103
Fax (206) 673-8220
Email: mhuelsman@predatorylendinglaw.com

1   Dated this Tuesday, March 6, 2018.

2   LAW OFFICES OF MELISSA A.
    HUELSMAN, P.S.
3

4
    By:   /s/Melissa A. Huelsman
5   Melissa A. Huelsman, WSBA 30935
    Attorney for Plaintiffs Vince and Becky
6   Mulcahy

7
    LANE POWELL PC
8

9
    s/David C. Spellman
10  David C. Spellman, WSBA #15884

11
    s/Jane E. Brown
12  Jane E. Brown, WSBA #48763
    Attorneys for Federal Home Loan
13  Mortgage Corporation, Wells Fargo
    Bank, N.A. and Mortgage Electronic
14  Registration Systems, Inc.

15

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 601
Seattle, WA 98104
Ph (206) 447-0103
Fax (206) 673-8220
Email: mhuelsman@predatorylendinglaw.com

## II. ORDER

Based upon the foregoing Stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

The Complaint, and any and all counterclaims are hereby dismissed with prejudice and without an award of attorneys' fees and costs to any party.

DONE IN OPEN COURT this ___7___ day of March, 2018.

_MM S Lasnik_
Judge Robert S. Lasnik

Presented by:

LAW OFFICES OF MELISSA A.
HUELSMAN, P.S.

By: /s/ Melissa A. Huelsman
Melissa A. Huelsman, WSBA 30935
Attorney for Plaintiffs Vince and Becky
Mulcahy

LANE POWELL PC

s/David C. Spellman
David C. Spellman, WSBA #15884

/s/Jane E. Brown
Jane E. Brown, WSBA #48763
Attorneys for Federal Home Loan
Mortgage Corporation, Wells Fargo
Bank, N.A. and Mortgage Electronic
Registration Systems, Inc.

STIPULATION AND ORDER OF DISMISSAL - 3
2:13-cv-01227-RSL

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 601
Seattle, WA 98104
Ph (206) 447-0103
Fax (206) 673-8220
Email: mhuelsman@predatorylendinglaw.com